UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WESTERN SURETY COMPANY ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **JUDGMENT** | |
| ) | | |
| CADDELL CONSTRUCTION ) | No. 7:21-CV-153-FL | |
| COMPANY, INC. An Alabama Corporation ) | | |
| W.G. YATES & SONS CONSTRUCTION ) | | |
| COMPANY, a Mississippi Corporation; ) | | |
| CADDELL YATES JOINT VENTURE, ) | | |
| a partnership between Caddell ) | | |
| Construction Company, Inc. and W. G. ) | | |
| Yates & Sons Construction Company ) | | |
| Defendants. ) | | |
| ) | | |
| ************************************ ) | | |
| ) | | |
| CADDELL YATES JOINT VENTURE ) | | |
| Plaintiff ) | | |
| ) | | |
| Vs. ) | No. 7:21-CV-156-FL | |
| ) | | |
| WESTERN SURETY COMPANY ) | | |
| Defendant ) | | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motions to dismiss and to compel arbitration.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 7, 2022, and for the reasons set forth more specifically therein, defendants' motion to dismiss and to compel arbitration is GRANTED. The court DISMISSES these related actions and COMPELS the parties herein to arbitrate all claims in accordance with the arbitration agreement.

**This Judgment Filed and Entered on June 7, 2022, and Copies To:**
D. J. O'Brien, III / Kearns Davis (via CM/ECF Notice of Electronic Filing)
Kelli E. Goss / C. Hamilton (Hank) Jarrett, III

June 7, 2022                    PETER A. MOORE, JR., CLERK

                                                /s/ Sandra K. Collins
                                        (By) Sandra K. Collins, Deputy Clerk